1  DANIEL E. MARTYN, JR. (State Bar No. 138122)
   MICHAEL D. SCHULMAN (State Bar No. 137249)
2  DIANA S. PONCE-GOMEZ (State Bar No. 187136)
   DANNER & MARTYN, LLP
3  100 E. Thousand Oaks Blvd., Suite 244
   Thousand Oaks, California 91360
4  Telephone: (805) 777-8700
   Facsimile: (805) 778-0736
5
   Attorneys for Plaintiff
6  DIRECTV, INC.

**FILED**

MAR 10 2003

CLERK, U.S. DISTRICT COURT
ASTERN DISTRICT OF CALIFORNIA

**LODGED**

MAR 6 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | CASE NO.: CIV. S-02-2551 MCE JFM |
| Plaintiff, | |
| v. | **CONFESSION OF JUDGMENT; PERMANENT INJUNCTION AND FINAL JUDGMENT AGAINST DEFENDANT RICHARD MEIER** |
| JAMES MCDONOUGH; RICHARD MEIER; JIM PETRUK; ARTHUR L. SPECHT; ROSEANNE A. WILKS, | |
| Defendants. | Assigned to Hon. Morris C. England |

### CONFESSION OF JUDGMENT

I, RICHARD MEIER, hereby confess judgment in favor of the above-named plaintiff for the sum of Ten Thousand Dollars ($10,000.00), and hereby authorize the immediate entry of the following Permanent Injunction and Final Judgment against me, without the issuance of process or notice herein.

Dated: __2-25__, 2003

By: _____
RICHARD MEIER

### PERMANENT INJUNCTION AND FINAL JUDGMENT

The Court, having read and considered the within duly executed Confession of Judgment, and good cause appearing therefor, hereby

///

::ODMA\PCDOCS\DOCS\114353\1

ORDERS that the Permanent Injunction and Final judgment shall be and is hereby entered, as follows:

1. Defendant RICHARD MEIER, and any persons or entities controlled directly or indirectly by him, are hereby permanently enjoined and restrained from:

    a. manufacturing, assembling, modifying, importing, exporting, distributing or selling counterfeit access cards or any other device or equipment designed or intended to facilitate the reception and decryption of DIRECTV's satellite transmissions of television programming by persons not authorized to receive such programming;

    b. receiving or assisting others in receiving DIRECTV's satellite transmissions of television programming without authorization by and payment to DIRECTV; and

    c. advertising the sale or use of counterfeit access cards or any other device or equipment designed or intended to facilitate the reception and decryption of DIRECTV's satellite transmissions of television programming by persons not authorized to receive such programming, or from advertising information or technical services in support thereof.

2. Judgment is awarded against RICHARD MEIER and in favor of plaintiff in the amount of Ten Thousand Dollars ($10,000.00).

3. The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce the provisions of this Permanent Injunction and Final Judgment. Defendant specifically consents to personal jurisdiction and venue in the United States District Court, Sacramento Division of California.

DATED: March 7, 2003

By: _____
Hon. Morris C. England
United States District Judge
MORRISON

Presented by:
DANNER & MARTYN, LLP

By: _____
Diana S. Ponce-Gomez
100 E. Thousand Oaks Blvd., Suite 244
Thousand Oaks, California 91360
(805) 777-8700

```
                                                           hk
              United States District Court
                        for the
              Eastern District of California
                     March 10, 2003


             * * CERTIFICATE OF SERVICE * *


                              2:02-cv-02551


    Directv Inc

        v.

    McDonough


_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  March 10, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Diana Siobhan Ponce-Gomez
        Danner and Martyn                        AS/MCE
        100 East Thousand Oaks Boulevard
        Suite 244
        Thousand Oaks, CA  91360



        Richard Meier
        2660 Wise Road
        Lincoln, CA 95648
```

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk